# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: )
null and ) Case No.: 13-40323
TRACI SIMMONS )
        Debtors )  Chapter: 7
 )

## MOTION FOR COURT APPROVAL OF REAFFIRMATION AGREEMENT

Counsel for the debtor(s), affirms the following to be true and correct *(check all applicable boxes)*:

☐ I am not represented by an attorney in connection with this reaffirmation agreement.

☒ I believe this reaffirmation agreement is in my client's best interest based on the income and expenses they have disclosed in their Statement in Support of this Reaffirmation Agreement, and because (provide any additional relevant reasons the court should consider):

*All payments are made by Gordon Williams*

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions (check all applicable boxes):

☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☒ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income)

Date: 4-10-2013     By: _____
SHAWN J COPPINS
12434 E 12 MILE ROAD
SUITE 103
WARREN, MI 48093